

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00074-CV

**NKRUMAH LUMUMBA VALIER,**

                                                                **Appellant**

 **v.**

**WARDEN EDWARD SMITH, ET AL,**

                                                                **Appellee**

---

**From the 52nd District Court
Coryell County, Texas
Trial Court No. COT-11-40894**

---

## MEMORANDUM  OPINION

---

On April 10, 2012, the Clerk of this Court notified Appellant that the $175 filing fee in this cause was past due and that the appeal would be dismissed if Appellant did not either file an indigence affidavit or pay the filing fee within fourteen days of the date of the letter.  No response has been received from Appellant.  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3(c).


                                                                REX D. DAVIS
                                                                Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 23, 2012
[CV06]